# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>  Plaintiff,<br><br>  v.<br><br>W. GIBBONS, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00615-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>[ECF No. 4] |

Plaintiff Rodney Jerome Womack is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 10, 2019, the Court issued an order directing Plaintiff to submit an application to proceed in forma pauperis or pay the $400.00 filing fee within forty-five days. More than forty-five days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Accordingly, Plaintiff shall show cause in writing why the action should not be dismissed. In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///

1

Accordingly, it is HEREBY ORDERED that

1. Plaintiff must show cause in writing within **fourteen (14) days** from the date of service of this order why this action should not be dismissed, without prejudice, for failure to comply with a court order; and

2. <u>The failure to comply with this order or to show good cause will result in a recommendation to dismiss the action without prejudice</u>.

IT IS SO ORDERED.

Dated: __**July 1, 2019**__

UNITED STATES MAGISTRATE JUDGE