**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. GIBBONS, et al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM OCTOBER 8, 2020 TO **SEPTEMBER 17, 2020 AT 9:30 A.M.** |

　　　　Plaintiff Rodney Jerome Womack is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This case is currently set for the settlement conference before the undersigned on October 8, 2020, at 9:30 a.m.

　　　　In order to accommodate the Court's schedule, the settlement conference is rescheduled to **September 17, 2020**, at 9:30 a.m. before the undersigned.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　The settlement conference in this case is rescheduled for September 17, 2020, at 9:30 a.m.;

　　　　2.　　The parties confidential statements are due no later than September 10, 2020;

1

3. If the defense counsel wishes to "opt- out" of this settlement for the reasons stated above, counsel must do so within **thirty (30) days** of this order by filing a "Notice of Opt-Out and Request to Vacate Settlement Conference"; and

4. All other provisions of the Court's June 8, 2020 order remain in effect.

IT IS SO ORDERED.

Dated: __June 10, 2020__         /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE