UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>            Plaintiff,<br><br>     v.<br><br>W. GIBBONS, et al.,<br><br>            Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO APPEAR VIA CAMERA FOR SETTLEMENT CONFERENCE AS MOOT<br><br>[ECF No. 46] |

Plaintiff Rodney Jerome Womack is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 31, 2020, Plaintiff filed a motion requesting to appear remotely for a settlement conference that was previously scheduled to occur on September 17, 2017. (ECF No. 46.) However, on July 27, 2020, the Court vacated the September 17, 2020 settlement conference, and there is currently no settlement conference scheduled in this matter. (ECF No. 42.)

///

///

///

///

///

1

1 | Accordingly, it is HEREBY ORDERED that Plaintiff's motion to appear for the settlement
2 | conference via camera (ECF No. 46) is DENIED as moot.

4 | IT IS SO ORDERED.

5 | Dated:  **August 5, 2020**

UNITED STATES MAGISTRATE JUDGE