**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>    Plaintiff,<br><br>    v.<br><br>W. GIBBONS, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND SCHEDULING TO DEFENDANTS O'BRIEN AND SMITH<br><br>[ECF Nos. 44, 48] |

Plaintiff Rodney Jerome Womack is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants W. Gibbons, A. Gomez, E. Smith, and G. O'Brien for excessive force and deliberate indifference to a serious medical need. Defendants Smith and O'Brien are represented by Deputy Attorney General David Goodwin, and Defendants Gibbons and Gomez are represented by Nicole Cahill and Dayton Van Vranken Longyear, Esq.

Defendants Gibbons and Gomez filed an answer on June 5, 2020, and Defendants Smith and O'Brien returned waivers of service on May 13, 2020. (ECF No. 29.)

On June 8, 2020, the Court referred this case to post-screening ADR and set a settlement conference before Magistrate Judge Barbara A. McAuliffe for October 8, 2020. (ECF No. 32.) The settlement conference was subsequently rescheduled for September 17, 2020. (ECF No. 33.)

1

On July 24, 2020, Defendants Smith and O'Brien filed a notice to opt-out of the settlement conference.  (ECF No. 41.)  On July 27, 2020, the vacated the settlement conference and lifted the stay of the proceedings.  (ECF No. 42.)  The Court also directed Defendants O'Brien and Smith to file an answer to the complaint.  (Id.)

On July 29, 2020, the Court issued the discovery and scheduling order.  (ECF No. 44.)

On August 10, 2020, Defendants O'Brien and Smith filed an answer to the complaint.  (ECF No. 48.)

Because Defendants O'Brien and Smith just filed an answer, they are hereby advised that the Court's July 29, 2020 discovery and scheduling applies with equal force to them as well as Defendants Gibbons and Gomez.

IT IS SO ORDERED.

Dated:   **August 11, 2020**

UNITED STATES MAGISTRATE JUDGE