UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>                    Plaintiff,<br><br>          v.<br><br>W. GIBBONS, et al.,<br><br>                    Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S REQUEST FOR INJUNCTIVE RELIEF<br><br>[ECF Nos. 43, 45] |

Plaintiff Rodney Jerome Womack is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 29, 2020, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for a court order to gain access to his legal books be denied. (ECF No. 45.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. (Id.) Plaintiff did not file objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued July 29, 2020, are adopted in full; and
2. Plaintiff's motion for a court order to gain access to his legal materials (ECF No. 43) is denied.

IT IS SO ORDERED.

Dated: __October 8, 2020__    _____
                               SENIOR DISTRICT JUDGE