# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>    Plaintiff,<br><br>  v.<br><br>W. GIBBONS, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE<br><br>(ECF No. 58) |

Plaintiff Rodney Jerome Womack is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the deadline to file a dispositive motion, filed June 4, 2021.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to August 6, 2021.

IT IS SO ORDERED.

Dated: __**June 7, 2021**__

                                                     UNITED STATES MAGISTRATE JUDGE