**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. GIBBONS, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR COURT ORDER TO OBTAIN RECORDS<br><br>(Doc. Nos. 60, 62) |

Plaintiff Rodney Jerome Womack is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 9, 2021, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion for a court order to obtain access to certain records be denied. (Doc. No. 62.) The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days. (Id.) Plaintiff filed objections on June 21, 2021. (Doc. No. 65.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued June 9, 2021, are adopted in full; and

2. Plaintiff's motion for a court order to obtain records (Doc. No. 60) is denied.

IT IS SO ORDERED.

Dated: June 30, 2021

SENIOR DISTRICT JUDGE