UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY JEROME WOMACK, | ) | Case No.: 1:19-cv-00615-AWI-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DISPOSITIVE MOTION DEADLINE |
| W. GIBBONS, et al., | ) ) | (ECF No. 74) |
| Defendants. | ) ) ) | |

Plaintiff Rodney Jerome Womack is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the dispositive motion deadline, filed August 6, 2021.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to thirty days following the final resolution of Defendants' pending motion for discovery sanctions.

IT IS SO ORDERED.

Dated:   **August 9, 2021**

UNITED STATES MAGISTRATE JUDGE

1