UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>       Plaintiff,<br><br>       v.<br><br>W. GIBBONS, et al.,<br><br>       Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Doc. Nos. 63, 77) |

      Plaintiff Rodney Jerome Womack is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      On September 2, 2021, the Magistrate Judge issued Findings and Recommendations recommending that Defendants' motion for discovery sanctions be granted and the action be dismissed as a discovery sanction. (Doc. No. 77.) The Findings and Recommendations were served on the parties and contained notice that objections were to be filed within twenty-one (21) days. (Id.) Plaintiff filed objections on September 15, 2021, and Defendants filed a response on September 28, 2021. (Doc. Nos. 78, 79.)

///

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued September 2, 2021, are adopted in full;
2. Defendants' motion to dismiss this action as a discovery sanction is granted; and
3. The Clerk of Court shall terminate this action.

IT IS SO ORDERED.

Dated:   October 1, 2021

_____
SENIOR DISTRICT JUDGE