UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. GIBBONS, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE AND DECLARATORY RELIEF<br><br>(Doc. No. 84) |

　　　　Plaintiff Rodney Jerome Womack is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's motion for injunctive and declaratory relief, filed on October 12, 2021. Plaintiff seeks an order directing the law librarian to forward 1,500 pages of discovery documents to Defendants. (ECF No. 84 at 6.) Because this action was dismissed on October 1, 2021, Plaintiff's motion for injunctive and declaratory relief is denied as moot.

IT IS SO ORDERED.

Dated:   October 13, 2021                              _____
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1