# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>  Plaintiff,<br><br>  v.<br><br>W. GIBBONS, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECORD ON APPEAL<br><br>(ECF No. 89) |

Plaintiff Rodney Jerome Womack is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a copy of the record on appeal, filed November 4, 2021.

Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.3. Further, to the extent Plaintiff is attempting to order a transcript, this request is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

Dated:   **November 5, 2021**

UNITED STATES MAGISTRATE JUDGE

1