# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>    Plaintiff,<br><br>    v.<br><br>W. GIBBONS, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>Appeal No. 21-16780<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL<br><br>(Doc. No. 91) |

On October 1, 2021, the instant action filed pursuant to 42 U.S.C. § 1983 was dismissed as a discovery sanction and judgment was entered. (Doc. Nos. 80, 81.) On October 21, 2021, Plaintiff filed a notice of appeal. (Doc. No. 86.)

On November 17, 2021, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). (Doc. No. 91.)  The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **November 18, 2021**

UNITED STATES MAGISTRATE JUDGE

1