**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. GIBBONS, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00615-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR EXCERPTS OF RECORD<br><br>(ECF No. 96) |

On October 1, 2021, the instant action filed by Plaintiff Rodney Jerome Womack pursuant to 42 U.S.C. § 1983 was dismissed and judgment was entered. (ECF Nos. 80, 81.)

On October 21, 2021, Plaintiff filed a notice of appeal. (ECF No. 86.)

Currently before the Court is Plaintiff's second motion for a copy of the record on appeal, filed April 14, 2022.

Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.3. Further, to the extent Plaintiff is attempting to order a transcript, this request is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. Plaintiff's motion is therefore DENIED.

IT IS SO ORDERED.

Dated: **April 19, 2022**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1