# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>    Plaintiff,<br><br>    v.<br><br>W. GIBBONS, et al.,<br><br>    Defendants. | Case No. 1:19-cv-0615-ADA-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PRODUCE DOCUMENTS TO DEFENDANTS WITHIN THIRTY DAYS<br><br>(ECF No. 98) |

Plaintiff is proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On October 1, 2021 the instant action was dismissed as a discovery sanction based on Plaintiff's failure to produce discovery. (ECF Nos. 80, 81.)

On October 21, 2021, Plaintiff filed a notice of appeal. On July 3, 2023, the United States Court of Appeals for the Ninth Circuit reversed and remanded the action finding that dismissal of the action under Federal Rule of Civil Procedure 37 was improper. (ECF No. 98.) Therein, the Court noted that Plaintiff "declared that he mailed a signed declaration of the eyewitnesses, as well as available medical records, to defendants." (Id. at 2.) However, Defendants "contended that they had not received [Plaintiff's] prior mailing of medical records." (Id.)

///
///
///

1

Based on Plaintiff's representation that he possesses and previously sent the applicable discovery documents to Defendants, which Defendants contend they did not receive, it is HEREBY ORDERED that:

1. Within **thirty (30)** days from the date of service of this order and in accordance with the May 3, 2021 order, Plaintiff shall file responses to Defendants' requests for production of documents, without objection, along with copies of any responsive documents; and

2. If Plaintiff fails to comply with this order Defendants may file a further motion to compel and the imposition of sanctions, including dismissal of the action, may be imposed.

IT IS SO ORDERED.

Dated: **July 13, 2023**

UNITED STATES MAGISTRATE JUDGE