UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>        Plaintiff,<br><br>   v.<br><br>W. GIBBONS, et al.,<br><br>        Defendants. | No.  1:19-cv-00615-ADA-SAB (PC)<br><br>ORDER SETTING DISPOSITIVE MOTION DEADLINE: **November 28, 2023** |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On October 1, 2021 the instant action was dismissed as a discovery sanction based on Plaintiff's failure to produce discovery. (ECF Nos. 80, 81.)

On October 21, 2021, Plaintiff filed a notice of appeal.  On July 3, 2023, the United States Court of Appeals for the Ninth Circuit reversed and remanded the action finding that dismissal of the action under Federal Rule of Civil Procedure 37 was improper.  (ECF No. 98.)  Therein, the Court noted that Plaintiff "declared that he mailed a signed declaration of the eyewitnesses, as well as available medical records, to defendants." (Id. at 2.)  However, Defendants "contended that they had not received [Plaintiff's] prior mailing of medical records."  (Id.)

///

///

1

Based on Plaintiff's representation that he possessed and previously sent the applicable discovery documents to Defendants, which Defendants contend they did not receive, the Court ordered Plaintiff to respond to Defendants request for productions, without objection, within thirty days of July 13, 2023. (ECF No. 100.) The Court also advised Defendants if Plaintiff failed to comply with the order they could file a further motion to compel. (Id.)

As the thirty days have passed and no motion to compel was filed, the Court will proceed with the matter and issues a further scheduling order. Because discovery has previously concluded in this action, the only remaining deadline is to file a dispositive motion.

Accordingly, it is HEREBY ORDERED that:

1. The deadline for filing all dispositive motions (other than a motion for summary judgment for failure to exhaust) is November 28, 2023; and

2. In the alternative, the parties are advised that if they both believe a settlement conference will be beneficial they may file such request within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

UNITED STATES MAGISTRATE JUDGE

2