UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>W. GIBBONS, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00615-ADA-SAB (PC)<br><br>ORDER REGARDING SUPPLEMENT TO MOTION FOR DISCOVERY SANCTIONS<br><br>(ECF Nos. 104, 106) |

  Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On September 8, 2023, Defendants filed a motion to terminate this action as a discovery sanction. (ECF No. 104.) Several documents filed by Plaintiff have been returned by the United States Postal Service as "undeliverable."

  On September 27, 2023, the Court ordered Plaintiff to show cause why the action should not be dismissed for failure to prosecute, and again ordered Plaintiff to file his responses to Defendants' requests for productions, without objections. (ECF No. 106.) The Court ordered a copy of the July 13, 2023, order be re-served on Plaintiff at Salinas Valley State Prison as reflected on the inmate locator website. (Id.)

  Inasmuch as the Court ordered Plaintiff to file responses to Defendants' requests for productions, the Court HEREBY ORDERS Defendants to supplement their motion for discovery

1

sanctions, filed on September 8, 2023, with information as to whether Plaintiff has provided discovery responses on or before **November 14, 2023**.

IT IS SO ORDERED.

Dated:   **November 7, 2023**

UNITED STATES MAGISTRATE JUDGE