UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>    Plaintiff,<br><br>  v.<br><br>W. GIBBONS, et al.,<br><br>    Defendants. | No. 1:19-cv-00615-NODJ-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL DISCOVERY DOCUMENTS WITHIN THIRTY DAYS<br><br>(ECF Nos. 114, 115, 116) |

  Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

  On November 20, 2023, the Court ordered directing Plaintiff to update his address of record and to serve outstanding discovery responses on Defendants on or before December 11, 2023.

  On December 4, 2023, Plaintiff filed a response to the Court's November 20, 2023, order. (ECF No. 114.) Plaintiff submits that he "will provide Defendants 170 pages of mental health and medical records from Pelican Bay State Prison, Kern Valley State Prison, Tehachapi Correctional Institution., and some mental health records from Salinas Valley State Prison. Plaintiff is in the process of getting his medical records from Salinas Valley State Prison. But for now Plaintiff will provide Defendants with the attached 170 pages of mental and medical records. Also, Plaintiff has attached declarations of inmates Washington and Yasyn Soto!" (Id. at 1-2.)

On December 18, 2023, Defendants Gibbons and Gomez filed a response. (ECF No. 115.) On this same day, Defendants O'Brien and Smith also filed a response. (ECF No. 116.)

Defendants Gibbons and Gomez acknowledge that they received some medical and psychiatric records from Plaintiff, but as Plaintiff concedes there are more records to be produced. (ECF No. 115 at 2.) In addition, no declarations from other inmates were provided. (Id.)

Defendants O'Brien and Smith submit that they did not receive any documents from Plaintiff; however, counsel for co-Defendants shared the documentation that Plaintiff provided. (ECF No. 116 at 1.) Defendants request that Plaintiff be directed to submit the additional responsive documents within thirty days and that Plaintiff provide responses that identify which documents are in response to which discovery request, and that he do the same for any subsequent documents provided. (Id. at 2.)

Based on the parties' representations, it is HEREBY ORDERED that:

1. Within **thirty (30)** days from the date of service of this order Plaintiff shall submit documentation, to the best of his ability, to identify which documents are in response to which previous discovery requests and provide the additional discovery responses identifying the correlating discovery request; and

2. Plaintiff's failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **December 19, 2023**

UNITED STATES MAGISTRATE JUDGE

2