UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>                    Plaintiff,<br><br>        v.<br><br>W. GIBBONS, et al.,<br><br>                    Defendants. | No. 1:19-cv-00615-NODJ-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO PROVIDE STATUS REPORT REGARDING DISCOVERY<br><br>(ECF No. 117) |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On December 19, 2023, the Court directed Plaintiff to provide additional discovery documents to Defendants within thirty days. (ECF No. 117.) As the thirty day deadline has now passed, it is HEREBY ORDERED that Defendants shall file a status report within **ten (10)** days from the date of service of this order informing the Court whether Plaintiff has complied with the Court's December 19, 2023, order.

IT IS SO ORDERED.

Dated:   **January 29, 2024**

UNITED STATES MAGISTRATE JUDGE

1