UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. GIBBONS, et al.,<br><br>　　　　Defendants. | No. 1:19-cv-00615-NODJ-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PRODUCE THE DISCOVERY DOCUMENTS TO DEFENDANTS' DESIGNATED OFFICIAL ON OR BEFORE **FEBRUARY 29, 2024** |

　　　　Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On November 20, 2023, the Court ordered directing Plaintiff to update his address of record and to serve outstanding discovery responses on Defendants on or before December 11, 2023.

　　　　On December 4, 2023, Plaintiff filed a response to the Court's November 20, 2023, order. (ECF No. 114.) Plaintiff submits that he "will provide Defendants 170 pages of mental health and medical records from Pelican Bay State Prison, Kern Valley State Prison, Tehachapi Correctional Institution., and some mental health records from Salinas Valley State Prison. Plaintiff is in the process of getting his medical records from Salinas Valley State Prison. But for now Plaintiff will provide Defendants with the attached 170 pages of mental and medical records. Also, Plaintiff has attached declarations of inmates Washington and Yasyn Soto!" (Id. at 1-2.)

1  On December 18, 2023, Defendants Gibbons and Gomez filed a response. (ECF No. 115.)
2  On this same day, Defendants O'Brien and Smith also filed a response. (ECF No. 116.)

3  Defendants Gibbons and Gomez acknowledge that they received some medical and
4  psychiatric records from Plaintiff, but as Plaintiff concedes there are more records to be produced.
5  (ECF No. 115 at 2.) In addition, no declarations from other inmates were provided. (Id.)

6  Defendants O'Brien and Smith submit that they did not receive any documents from
7  Plaintiff; however, counsel for co-Defendants shared the documentation that Plaintiff provided.
8  (ECF No. 116 at 1.) Defendants requested that Plaintiff be directed to submit the additional
9  responsive documents within thirty days and that Plaintiff provide responses that identify which
10 documents are in response to which discovery request, and that he do the same for any subsequent
11 documents provided. (Id. at 2.)

12  On December 19, 2023, the Court ordered Plaintiff to provide the additional discovery
13 documents to Defendants within thirty days.  (ECF No. 117.)

14  On January 29, 2024, the Court ordered Defendants to provide a status report regarding
15 the outstanding discovery.  (ECF No. 118.)  Defendants filed separate status reports on February
16 8, 2024.  (ECF Nos. 119, 120.)  Both Defendants indicate that they have not received any
17 additional medical documents from Plaintiff as directed by the Court's December 19, 2023
18 order.[1], [2]  (Id.)  Because Plaintiff has repeatedly failed to turn over the discovery documents as
19 ordered by the Court, the Court finds it prudent to have Defendants assign a representative to go
20 to Salinas Valley State Prison to obtain the documents from Plaintiff.

21  Accordingly, it is HEREBY ORDERED that:

22  1.  On or before **February 29, 2024**, Plaintiff shall provide the discovery documents

---

[1] Plaintiff submitted that his declaration simply referred to the two inmate signatures on his own declaration.  (ECF No. 119-1 at 6.)

[2] To the extent Defendants O'Brien and Smith claim that Plaintiff has not properly served them with his court filings, they are advised that Plaintiff need not serve Defendants with paper copies of his filings.  Attorneys filing documents in this court are required to consent to electronic service and will be served with a Notice of Electronic Filing that is automatically generated by CM/ECF at the time the Clerk of the Court files Plaintiff's documents with the system.  That notice includes a link to a copy of the filed document. E.D. Cal. R. 135(a), (g). Plaintiff is therefore not required to serve Defendants' with paper copies of documents filed with the Court.

1 (which he admittedly possesses) to the Litigation Coordinator at Salinas Valley State Prison who shall copy the documents and return to Plaintiff;

2. Defendants shall assign a representative to go to Salinas Valley State Prison on **February 29, 2024, at 1:00 p.m.** to pick up the discovery documents from the Litigation Coordinator;

3. If Defendants are unable to comply with this order on February 29, 2024, they shall inform the Court on or before **February 22, 2024**; and

4. If Plaintiff fails to comply with this order the action may be dismissed as a sanction.

IT IS SO ORDERED.

Dated:   **February 15, 2024**

UNITED STATES MAGISTRATE JUDGE

3