UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>             Plaintiff,<br><br>      v.<br><br>W. GIBBONS, et al.,<br><br>             Defendants. | No.  1:19-cv-00615-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR TERMINATING SANCTIONS<br><br>Docs. 104, 125. |

Plaintiff is appearing pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff initiated this action on May 7, 2019.  Doc. 1.  Defendants timely filed answers to the operative complaint.  Docs. 30, 48.  In June 2021, defendants filed a motion for discovery sanctions, Doc. 63, and the action was dismissed for plaintiff's apparent failure to timely produce discovery, Docs. 80, 81.  The Ninth Circuit reversed and remanded, concluding that a sanction of dismissal was not supported by the record as plaintiff had demonstrated efforts to comply with his discovery obligations.  Doc. 98.  The case was reopened on July 5, 2023, and the assigned magistrate judge directed plaintiff to produce the discovery documents within thirty days. Doc. 100.  Several mailings to plaintiff were returned as undeliverable, and defendants ultimately filed a second motion for discovery sanctions.  *See* docket.  Plaintiff updated his address in due

course, Doc. 110, and the Court directed defendants to send a private courier to the prison to pick up the discovery documents, Doc. 121. Defendants did so and obtained 1531 pages of plaintiff's medical records that he had given to the litigation coordinator. Doc. 123. On April 24, 2024, the assigned magistrate judge issued findings and recommendations recommending the denial of defendants' motion for discovery sanctions. Doc. 125. The findings and recommendations were served on the parties and contained notice that objections were to be filed within fourteen days. *Id.* at 8. No objections were filed and the time to do so has passed. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations are supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on April 24, 2024, Doc. 125, are ADOPTED IN FULL.

2. Defendants' motion for discovery sanctions is DENIED.

3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   January 31, 2025

UNITED STATES DISTRICT JUDGE