UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY JEROME WOMACK,<br><br>Plaintiff,<br><br>v.<br><br>W. GIBBONS, et al.,<br><br>Defendants. | No.  1:19-cv-00615-KES-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE RODNEY JEROME WOMACK, CDCR #V-72109 |

A settlement conference in this matter commenced on February 3, 2025.  Inmate Rodney Jerome Womack, CDCR #V-72109, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 2/3/25

_____
UNITED STATES MAGISTRATE JUDGE

1